**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MEGALE SHAVONTE REDD,** **Case No. 10-cv-11912**

**Plaintiff ,**

**vs.**

**RUFFUS STEWART, LASHAUD WELCOME,**
**In their Individual capacities,**
**and the CITY OF DETROIT**
**Jointly and Severally,**

**Defendants.**

---

BEN M. GONEK (P43716)
Ben M. Gonek, P.C.
Attorney for Plaintiff
101 West Big Beaver, 10th Floor
Troy, MI 48084
(248) 457-7141

SUE HAMMOUD (P64542)
City of Detroit Law Department
Attorney for Defendant City of Detroit
1650 First National Building
Detroit, MI 48226
(313) 237-5064

---

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§1441 and 1443(2), Defendant CITY OF DETROIT removes this civil action predicated upon the following:

1. On April 14, 2010, Plaintiff commenced this action in the Third Judicial Circuit of Michigan. This action is now pending before that court.

2. On April 27, 2010, Plaintiff served a Summons and copy of the Complaint upon Defendant City of Detroit;

3. On information and belief, Plaintiff has not served Defendants Ruffus Stewart and Lashaud Welcome in this matter. The information upon which this belief is based

includes:

a. Defendants Stewart and Welcome are not presently represented by this office;

b. Plaintiff alleges Defendants Stewart and Welcome are now, or were at the time of the incident underlying this action, employed by the City of Detroit as police officers. In accordance with standard procedure, when city employees, including its police officers, receive civil process arising from some manner of employment related act or omission, the employee reports to the City of Detroit Law Department. There the employee presents the summons and complaint received. A search of Law Department records reflects Defendants Stewart and Welcome have neither reported nor presented any Summons or copies of the Complaint in this matter.

4. Plaintiff's Complaint alleges he resided in Wayne County, Michigan at all relevant times.

5. This is a civil action in which Plaintiff seeks monetary relief for alleged misconduct by Defendants allegedly arising from a deprivation of certain constitutionally guaranteed rights. Because Plaintiff bases this action in part on the United States Constitution and 42 U.S.C. 1983, Defendants remove this action to this Court, invoking the Court's federal question jurisdiction.

6. In accordance with 28 U.S.C. §§1331 or 1334, this Court has original jurisdiction of this civil action. In accordance with 28 U.S.C. §§1441(a) and 1443(2), and this Court's pendent jurisdiction, it is removed in its entirety to this Court.

7. Copies of all process, pleadings, and orders served upon Defendant in this matter are attached.

8. This notice is filed within thirty days after service of summons and a copy of the complaint upon Defendant.

9. The undersigned has prepared a written notice of the removal of this action. Such notice has been provided to both counsel for Plaintiff and the clerk of the court from which this matter is removed. Promptly after filing this Notice of Removal of Civil Action, the undersigned will file a copy with the clerk of the court from which this action is removed, and provide, by first class mail, a copy to Plaintiff's counsel.

WHEREFORE, Defendant City of Detroit removes this action to this court.

Respectfully submitted,

**/s/ Sue Hammoud**
City of Detroit Law Department
660 Woodward Ave., Ste. 1650
Detroit, MI 48226
(313) 237-5064
Hamms@detroitmi.gov
Attorney Bar No. 64542

Dated: May 10, 2010

## CERTIFICATE OF SERVICE

**SUE HAMMOUD,** certifies that on May 12, 2010, she served a copy of **DEFENDANT'S NOTICE OF REMOVAL** and this **CERTIFICATE OF SERVICE** on the above-named attorney of record by electronically filing the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing.

I declare that the statements above are true to the best of my information, knowledge, and belief.

Respectfully submitted,

**s/ Sue Hammoud**
Attorney for Defendant City of Detroit
City of Detroit Law Department
660 Woodward Ave., Ste. 1650
Detroit, MI 48226
(313) 237-5064
Hamms@detroitmi.gov
Attorney Bar No. 64542