**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MEGALE SHAVONTE REDD,**

**Plaintiff ,**

**vs.**

**RUFFUS STEWART, LASHAUD WELCOME,**
**In their Individual capacities,**
**and the CITY OF DETROIT**
**Jointly and Severally,**

**Defendants.**

**Case No. 10-cv-11912**
**Judge Arthur J Tarnow**
**Magistrate Paul j Komives**

---

BEN M. GONEK (P43716)
Giamarco, Mullins & Horton, P.C.
Attorney for Plaintiff
101 West Big Beaver, 10th Floor
Troy, MI 48084
(248) 457-7141

SUE HAMMOUD (P64542)
City of Detroit Law Department
Attorney for Defendant City
1650 First National Building
Detroit, MI 48226
(313) 237-5064

---

**STIPULATION TO DISMISS CAUSE**

The parties in the above-entitled cause by their respective attorneys, hereby stipulate and agree that an Order be entered forthwith dismissing the said cause against Defendant City of Detroit, with prejudice and without costs and attorney fees to any party.

/s Ben M. Gonek
BEN M. GONEK (P43716)
Giamarco, Mullins, & Horton, P.C.
Attorney for Plaintiff
101 West Big Beaver, 10th Floor
Troy, MI 48084
(248) 457-7141
bgonek@gmhlaw.com

/s Sue Hammoud
SUE HAMMOUD (P64542)
City of Detroit Law Department
Attorney for Defendant City
1650 First National Building
Detroit, MI 48226
(313) 237-5064
hamms@detroitmi.gov

# ORDER TO DISMISS CAUSE

Upon the reading and filing of the stipulation annexed hereto, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the within cause be dismissed with prejudice and without costs and without attorney fees to any party.

s/Arthur J. Tarnow
District Court Judge

DATED: October 11, 2011